UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>GOR PLAVCHYAN (4),<br><br>             Defendant. | Case No.  20cr314-MMA-4<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE**<br><br>[Doc. No. 293] |

On October 1, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of GOR PLAVCHYAN (4) ("Defendant") in the following properties, pursuant to 18 U.S.C. § 982(a)(2)(B):

a. $312.00 in cash seized on January 30, 2020 from 8122 Laramie Avenue in Winnetka, California;

b. an Apple iPhone with IMEI 35311010100947993;

c. an Apple iPhone with I MEI 353296073138049;

d. an Apple iPhone with IMEI 353110100947993;

e. an Apple iPhone with IMEI 353107 10 3448 128; and

f. a silver Apple laptop computer with serial number FVFVXDL8J1WL.

For thirty (30) consecutive days ending on November 28, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the

Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On or near December 2, 2021, Notice of Order of Forfeiture was sent by Federal Express mail as follows:

| Name and Address | Tracking No. | Result |
|---|---|---|
| Davit Simonyan (1)<br>c/o George G. Mgdesyan<br>Mgdesyan Law Firm<br>15260 Ventura Boulevard<br>Penthouse 2200<br>Sherman Oaks, CA 91403 | 775363687167 | Delivered on 12/6/21 |
| Vahram Simonyan (2)<br>c/o Lance M. Rosenberg<br>Attorney at Law<br>15910 Ventura Blvd., Ste. 1150<br>Encino, CA 91436 | 775360646499 | Delivered on 12/8/21 |
| Arsen Minasyan (3)<br>c/o Meghan Annette Blanco<br>Law Offices of Meghan Blanco<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677 | 775360961659 | Delivered on 12/6/21 |
| Arsen Galstyan (5)<br>c/o Rafayel Michael Mgdesyan<br>Attorney at Law<br>4529 Sherman Oaks Avenue<br>Sherman Oaks, CA 91403 | 775361213426 | Delivered on 12/6/21 |
| Mukuch Mkrtchyan (6)<br>c/o William R. Burgener<br>Attorney at Law<br>3990 Old Town Ave., Ste. C105<br>San Diego, CA 92110 | 775361290700 | Delivered on 12/3/21 |
| Smbat Shahinyan (7)<br>c/o Alex Robert Kessel<br>Attorney at Law<br>15910 Ventura Blvd., Ste. 1030<br>Encino, CA 91436 | 775361373711 | Delivered on 12/6/21 |

| Name and Address | Tracking No. | Result |
|---|---|---|
| Anahit Plavchyan, Serob Plavchyan, and Mariam Darbinyan 8122 Laramie Avenue Winnetka CA 91306-1840 | 775363845740 | Delivered on 12/4/21 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of GOR PLAVCHYAN (4) and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

a. $312.00 in cash seized on January 30, 2020 from 8122 Laramie Avenue in Winnetka, California;

b. an Apple iPhone with IMEI 35311010100947993;

c. an Apple iPhone with IMEI 353296073138049;

d. an Apple iPhone with IMEI 353110100947993;

e. an Apple iPhone with IMEI 353107 10 3448 128; and

f. a silver Apple laptop computer with serial number FVFVXDL8J1WL.

IT IS FURTHER ORDERED that any and all interest of the following persons are specifically terminated and forfeited to the United States of America as to the above-referenced properties:

Davit Simonyan (1)          Smbat Shahinyan (7)
Vahram Simonyan (2)      Anahit Plavchyan
Arsen Minasyan (3)          Serob Plavchyan
Arsen Galstyan (5)           Mariam Darbinyan
Mukuch Mkrtchyan (6)

//

IT IS FURTHER ORDERED that costs incurred by the United States Secret Service and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Secret Service shall dispose of the forfeited properties according to law.

IT IS FURTHER ORDERED THAT the money judgment imposed upon Defendant GOR PLAVCHYAN (4) in the amount of $78,691.34, included in the Preliminary Order of Criminal Forfeiture that was entered on October 1, 2021, is hereby affirmed.

**IT IS SO ORDERED**.

Dated:  January 18, 2022

HON. MICHAEL M. ANELLO
United States District Judge